Karyna M. Pome'e (NSBN 16044)
Jonah Gavish (NSBN 17197)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kpomee@mcdonaldcarano.com
jgavish@mcdonaldcarano.com

Casie D. Collignon (*Pro Hac Vice*)
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600
ccollignon@bakerlaw.com

Sean P. Killeen (*Pro Hac Vice*)
Yoosol Jung (*Pro Hac Vice*)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: (415) 659-2600
skilleen@bakerlaw.com
mjung@bakerlaw.com

*Attorneys for Defendant*
*Fiesta Insurance Franchise*
*Corporation d/b/a/ Fiesta Insurance*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LETICIA GARCIA, STEPHANIE CORDERO, SERGIO HERNANDEZ, MARTHA GONZALEZ, and MICHELLE MCQUINN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIESTA INSURANCE FRANCHISE CORPORATION d/b/a FIESTA INSURANCE,<br><br>Defendant. | Case No.: 2:26-cv-02161-CDS-BNW<br><br>**JOINT STIPULATION AND ORDER TO STAY PENDING MEDIATION**<br><br>**[FIRST REQUEST]**<br><br>[ECF No. 22] |

Pursuant to Local Rule 7-1, Plaintiffs Leticia Garcia, Stephanie Cordero, Sergio Hernandez, Martha Gonzalez, and Michelle McQuinn ("Plaintiffs") and Defendant Fiesta Insurance Franchise Corporation d/b/a Fiesta Insurance ("Defendant") (collectively the "Parties"), by and through their

respective counsel of record, hereby stipulate, subject to this Court's approval, to stay the above captioned action (the "Action") in order to pursue private mediation of the Action. This is the first request for a stay of these proceedings. In support of this stipulation, the Parties state as follows:

1. On July 23, 2026, the Plaintiffs filed their Motion to Consolidate all related actions filed against Defendant in this court (ECF No 4). This Court entered an Order Granting the Motion to Consolidate on August 12, 2026 (ECF No. 9).

2. On September 2, 2026, Plaintiffs filed their Consolidated Class Action Complaint (ECF No. 21) (the "Complaint").

3. In an effort to resolve this Action, the Parties have agreed to engage in a private mediation that is scheduled for January 7, 2027.

4. To allow the Parties time to conduct the forthcoming mediation while conserving time and financial resources, the Parties hereby stipulate and agree that all Court proceedings and deadlines should be stayed pending the mediation.

5. During the pendency of the stay, Defendant shall not be required to answer, move, or otherwise respond to the Complaint (or any amended complaint).

6. The Court has the power to stay proceedings as part of its inherent power "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also Byars v. Western Best*, No. 2:19-cv-1690-JCM-DJA, 2020 WL 8674195, at *1 (D. Nev. July 6, 2020) ("Courts have broad discretion in managing their dockets."). In exercising such discretion, "courts are guided by the goals of securing the just, speedy, and inexpensive resolution of actions." *Byars*, 2020 WL 8674195, at *1; *see also* Fed. R. Civ. P. 1.

7. In deciding whether to grant a stay, a court may weigh the "competing interests of the parties and of the Court." *Coker v. Dowd*, No. 2:13-CV-0994-JCM-NJK, 2013 WL 12216682, at *1 (D. Nev. July 8, 2013). The competing interests that may be considered include "the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result

from a stay." *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962).

8. The Parties submit that the competing interests weigh in favor of a stay. The requested stay will promote judicial economy and allow this Court to more effectively control the disposition of the cases on its docket. As this Action is still in its early stages and no trial date has been set, neither Party nor the Court will be negatively impacted by a stay.

9. This stipulation is entered in good faith, is reasonably necessary, and is not sought for the purposes of delay.

10. This is the Parties' first request to stay these proceedings. The Parties intend to file a joint status report by no later than January 21, 2027, two weeks after the scheduled mediation, which, if no settlement is reached, shall include a proposed schedule for further proceedings in this action, including proposing a deadline of February 4, 2027, for Defendant to answer, move or otherwise respond to the Complaint.

**IT IS SO STIPULATED.**

Dated: October 14, 2026


**McDONALD CARANO LLP**

*/s/ Karyna M. Pome'e*
Karyna M. Pome'e (NSBN 16044)
Jonah Gavish (NSBN 17197)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
kpomee@mcdonaldcarano.com
jgavish@mcdonaldcarano.com

**BAKER & HOSTETLER LLP**

Casie D. Collignon (*Pro Hac Vice*)
1801 California Street, Suite 4400
Denver, CO 80202
ccollignon@bakerlaw.com

Sean P. Killeen (*Pro Hac Vice*)
Yoosol Jung (*Pro Hac Vice*)
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
skilleen@bakerlaw.com
mjung@bakerlaw.com

**STRANCH, JENNINGS & GARVEY, PLLC**

*/s/ Nathan R. Ring*
Nathan R. Ring
Nevada State Bar No. 12078
STRANCH, JENNINGS & GARVEY, PLLC
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
nring@stranchlaw.com

Gregory Mullens*
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
gmullens@stranchlaw.com

Israel David*
ISRAEL DAVID LLC
60 Broad Street, Suite 2900
New York, New York 10004
israel.david@davidllc.com

Carolyn Chen *(Pro Hac Vice)*
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
cchen@straussborrelli.com

Gregory Haroutunian*
EMERY REDDY PC
600 Stewart St., Suite 1100
Seattle, WA 98101
gregory@emeryreddy.com

Kevin Laukaitis*
LAUKAITIS LAW LLC
954 Avenida Ponce de Leon,
Suite 205, #10518
San Juan, Puerto Rico 00907
info@laukaitislaw.com

Tyler J. Bean*
Kennedy M. Brian*
SIRI & GLIMSTAD LLP
101 Park Avenue, Suite 105 PMB #161
Oklahoma City, OK 73102
E: tbean@sirillp.com
E: kbrian@sirillp.com

Tyler A. Litke*
Melissa G. Meyer*
LEVI & KORSINSKY, LLP
33 Whitehall Street, 27th Floor
New York, NY 10004
Email: tlitke@zlk.com
Email: mmeyer@zlk.com

*Attorneys for Plaintiffs and the Proposed Class*

**Pro hac vice application forthcoming*

**IT IS SO ORDERED**

___________________________
UNITED STATES DISTRICT JUDGE

DATED: October 15, 2026